# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NUMBER 3:18-CR-00147-01 |
| VERSUS | * | JUDGE TERRY A. DOUGHTY |
| DARYON D. KELLEY | * | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Daryon D. Kelley's Motion to Suppress [Doc. No. 27] is **DENIED**.

Monroe, Louisiana, this 18th day of December, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**